IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:20-cv-00036-D

| | |
|---|---|
| LIBERTY INSURANCE UNDERWRITERS INC., <br><br> Plaintiff, <br><br> v. <br><br> GUIDEONE SPECIALTY INSURANCE and GUIDEONE SPECIALTY MUTUAL INSURANCE COMPANY, <br><br> Defendants. | ORDER ON JOINT MOTION TO SUBSTITUTE PROPERLY NAMED DEFENDANT Fed. R. Civ. P. 15 |

Pursuant to Fed. R. Civ. P. 15, the Joint Motion to Substitute Properly Named Defendant is hereby GRANTED. "GuideOne Mutual Insurance Company" shall be substituted as a properly named Defendant in place of "GuideOne Specialty Insurance." Mentions of "GuideOne Specialty Insurance" in the parties' operative filings to this date shall be treated as mentions of "GuideOne Mutual Insurance Company."

SO ORDERED. This __4__ day of February, 2021.

*J. Dever*

JAMES C. DEVER III
United States District Judge