IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:20-cv-00036-D

| | |
|---|---|
| LIBERTY INSURANCE UNDERWRITERS INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| GUIDEONE MUTUAL INSURANCE COMPANY and GUIDEONE SPECIALTY MUTUAL INSURANCE COMPANY, | ) ) ) ) |
| Defendants. | ) ) |

**ORDER ON MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT AND SUPPORTING MEMORANDUM UNDER SEAL**
**Local Civil Rule 79.2**

Pursuant to Local Civil Rule 79.2, the Motion for Leave to File Motion for Summary Judgment and Supporting Memorandum Under Seal is hereby GRANTED. Plaintiff has requested that its Motion for Summary Judgment and supporting memorandum be filed under seal. I hereby find that that request to seal overcomes any common law or First Amendment presumption of access because the motion and supporting memorandum discusses documents that were designated by third parties as confidential. I further hereby find that alternatives to sealing are inadequate because Plaintiff's motion and supporting memorandum requires that it discuss the settlements at length. I further hereby find that Defendants have consented to the motion to seal. The parties shall meet and confer and Ironshore shall prepare a public, redacted version of its motion for summary judgment and supporting memorandum that does not contain confidential content, and then file that public, redacted version within ten (10) days of this order.

Dated: December 16, 2021

_____
Robert T. Numbers, II
United States Magistrate Judge