IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:20-cv-00036-D

| LIBERTY INSURANCE UNDERWRITERS INC., | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | **ORDER ON MOTION** |
|  | ) | **FOR LEAVE TO FILE** |
| v. | ) | **MEMORANDUM IN OPPOSITION** |
|  | ) | **TO MOTION FOR SUMMARY** |
| GUIDEONE MUTUAL INSURANCE | ) | **JUDGMENT UNDER SEAL** |
| COMPANY and GUIDEONE SPECIALTY | ) | **Local Civil Rule 79.2** |
| MUTUAL INSURANCE COMPANY, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

Pursuant to Local Civil Rule 79.2, the Motion for Leave to File Liberty Insurance Underwriters' Memorandum in Opposition to Motion for Summary Judgment of GuideOne Mutual Insurance Company and GuideOne Specialty Mutual Insurance Company Under Seal is hereby GRANTED. Plaintiff has requested that its Memorandum in Opposition to GuideOne's Motion for Summary Judgment and statement in support be filed under seal. I hereby find that that request to seal overcomes any common law or First Amendment presumption of access because the memorandum and statement discuss documents that were designated by third parties as confidential. I further hereby find that alternatives to sealing are inadequate because Plaintiff's memorandum and statement require that it discuss the settlements at length. I further hereby find that Defendants have consented to the motion to seal. The parties shall meet and confer and Ironshore shall prepare a public, redacted version of its memorandum in opposition and statement in support that does not contain confidential content, and then file that public, redacted version within ten (10) days of this order.

Dated: December 16, 2021

*Robert T. Numbers II*
_____
Robert T. Numbers, II
United States Magistrate Judge