### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### NORTHERN DIVISION
### No. 2:20-cv-00036-D

| | | |
|---|---|---|
| LIBERTY INSURANCE UNDERWRITERS INC., | ) ) | |
| | ) | \| **ORDER ON MOTION** |
| Plaintiff, | ) | **FOR LEAVE TO FILE LIBERTY** |
| | ) | **INSURANCE UNDERWRITERS** |
| v. | ) | **INC.'S REPLY IN SUPPORT OF ITS** |
| | ) | **MOTION FOR SUMMARY** |
| GUIDEONE MUTUAL INSURANCE | ) | **JUDGMENT UNDER SEAL** |
| COMPANY and GUIDEONE SPECIALTY | ) | **Local Civil Rule 79.2** |
| MUTUAL INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Local Civil Rule 79.2, the Motion for Leave to File Liberty Insurance Underwriters Inc.'s Reply in Support of Its Motion for Summary Judgment Under Seal is hereby GRANTED. Plaintiff has requested that its Reply in Support of Its Motion for Summary Judgment be filed under seal. I hereby find that that request to seal overcomes any common law or First Amendment presumption of access because the reply discusses a payment made in connection with settlement agreements that were designated by third parties as confidential. I further hereby find that alternatives to sealing are inadequate because Plaintiff's reply requires that it discuss the settlements. I further hereby find that Defendants have consented to the motion to seal. The parties shall meet and confer and Ironshore shall prepare a public, redacted version of its memorandum in opposition and statement in support that does not contain confidential content, and then file that public, redacted version within ten (10) days of this order.

Dated:  December 16, 2021

_Robert T Numbers II_
_____
Robert T. Numbers, II
United States Magistrate Judge