UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| LIBERTY INSURANCE UNDERWRITERS INC., | ) |
| Plaintiff/Counterclaim Defendant, | ) ) ) |
| v. | ) ) ) **Civil Action No. 2:20-CV-36-D** |
| GUIDEONE MUTUAL INSURANCE COMPANY and GUIDEONE SPECIALTY MUTUAL INSURANCE COMPANY, | ) ) ) ) |
| Defendants/Counterclaim Plaintiffs. | ) ) |

**ORDER SEALING DOCUMENTS FILED BY GUIDEONE IN REPLY TO LIBERTY INSURANCE UNDERWRITERS INC.'S MEMORANDUM IN OPPOSITION TO GUIDEONE'S MOTION FOR SUMMARY JUDGMENT**

This Court hereby finds good cause that Defendants/Counterclaim Plaintiffs, GuideOne Mutual Insurance Company's and GuideOne Specialty Mutual Insurance Company's (hereafter "GuideOne") Motion to File Documents Under Seal in Reply to Liberty Insurance Underwriters Inc.'s (hereafter referred to as "Liberty") Memorandum in Opposition to GuideOne's Motion for Summary Judgment should be **GRANTED**.

The present case involves claims for declaratory relief and contribution between insurance companies that arise out of an underlying liability lawsuit filed by Mr. Marco A. Lujan that resulted in a confidential settlement agreement. The insurance companies that are party to the present case dispute the priority and amount of contribution they owe to fund the settlement of the underlying liability lawsuit. The underlying lawsuit that was resolved by confidential settlement agreement was styled as *Marco A. Lujan v. Chowan University and Lisa Bland*, in U.S. District Court for the Eastern District of North Carolina, Case No. 2:17-cv-00057-FL. The parties to the confidential settlement agreement have a right and interest in keeping the terms of such settlement agreement

private and confidential and, in fact, included confidentiality provisions in the settlement documents.

Therefore, GuideOne's Reply to Liberty's Memorandum in Opposition to GuideOne's Motion for Summary Judgment shall be filed under seal.

Dated: December 16, 2021

_____
Robert T. Numbers, II
United States Magistrate Judge

2

Case 2:20-cv-00036-D   Document 64   Filed 12/16/21   Page 2 of 2