IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:20-cv-00036-D

| | |
|---|---|
| LIBERTY INSURANCE UNDERWRITERS INC., <br><br> Plaintiff, <br><br> v. <br><br> GUIDEONE MUTUAL INSURANCE COMPANY and GUIDEONE SPECIALTY MUTUAL INSURANCE COMPANY, <br><br> Defendants. | **ORDER ON JOINT MOTION TO SEAL PORTIONS OF DOCKET ENTRIES 1, 3, 12, AND 13** <br> **Local Civil Rule 79.2** |

Pursuant to Local Civil Rule 79.2, the parties' Joint Motion to Seal Portions of Docket Entries 1, 3, 12, and 13 is hereby GRANTED. The parties have jointly moved to seal certain portions of docket entries 1, 3, 12, and 13 in this action. I hereby find that that request to seal overcomes any common law or First Amendment presumption of access because the portions of the docket entries the parties seek to seal reference the terms of settlement agreements that were designated as confidential. I further hereby find that alternatives to sealing are inadequate because litigating this case required that the parties discuss the terms of the settlement. The Court shall retain docket entries 1, 3, 12, and 13 under permanent seal, and hereby directs the Clerk to file the redacted versions of those filings attached to the parties' Memorandum of Law in Support of Joint Motion to Seal Portions of Docket Entries 1, 3, 12, and 13 on the docket..

Dated: January 20, 2022

_____
Robert T. Numbers, II
United States Magistrate Judge