UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| LIBERTY INSURANCE UNDERWRITERS INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GUIDEONE MUTUAL INSURANCE ) <br> COMPANY, and GUIDEONE SPECIALTY ) <br> MUTUAL INSURANCE COMPANY, ) <br> ) <br> Defendants. ) | **JUDGMENT IN A** <br> **CIVIL CASE** <br> **CASE NO. 2:20-CV-36-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion for summary judgment [D.E. 37] and DENIES plaintiff's motion for summary judgment [D.E. 41]. Plaintiff owes defendant $100,000. Defendant may file a motion for costs in accordance with the Federal Rules of Civil Procedure and this court's local rules.

**This Judgment Filed and Entered on August 23, 2022, and Copies To:**

| | |
|---|---|
| Michael R. Carlson | (via CM/ECF electronic notification) |
| Ronald P. Schiller | (via CM/ECF electronic notification) |
| Thomas N. Brown | (via CM/ECF electronic notification) |
| Christopher J. Derrenbacher | (via CM/ECF electronic notification) |
| J. Mitchell Armbruster | (via CM/ECF electronic notification) |
| Thomas M. Boes | (via CM/ECF electronic notification) |

DATE:  
August 23, 2022

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Sellers  
Deputy Clerk